UNITED STATES of America, Plaintiff-Appellee,

v.

Wardell Jermaine MCCLAM, Jr., Defendant-Appellant.

No. 16-7129

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Wardell Jermaine McClam, Jr., Appellant Pro Se. Robert Michael Hamilton, Harry L. Hobgood, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wardell Jermaine McClam, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McClam, No. 1:08–cr–00230–TDS–1 (M.D.N.C. Aug. 16, 2016). We deny McClam's motion for appointment of counsel and dispense with oral argument be-

cause the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED